IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VELOXIS PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-909 (JDW) |
| ) | |
| ACCORD HEALTHCARE, INC. and ) | |
| INTAS PHARMACEUTICALS LTD., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c)(1), Defendants Accord Healthcare Inc. ("Accord"), Intas Pharmaceuticals Ltd. ("Intas") (collectively "Defendants") respectfully move for a protective order to limit the number, location, and mode of depositions noticed by Plaintiff Veloxis Pharmaceuticals, Inc. ("Veloxis").

Pursuant to Local Rule 7.1.1, Defendants certify that the parties met and conferred in good faith by telephone on Friday, August 11, 2023 in an effort to resolve the issues. Despite the meet and confer efforts, however, the parties were unable to resolve the dispute.

The grounds for this motion are set forth in the opening brief filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL: | /s/ Sara M. Metzler |
| Alejandro Menchaca | Kelly E. Farnan (#4395) |
| Rajendra A. Chiplunkar | Sara M. Metzler (#6509) |
| Bradley P. Loren | Richards, Layton & Finger, P.A. |
| Ben J. Mahon | One Rodney Square |
| MCANDREWS, HELD & MALLOY, LTD. | 920 North King Street |
| 500 West Madison St., 34th Floor | Wilmington, DE 19801 |
| Chicago, IL 60661 | (302) 651-7700 |
| (312) 775-8000 | farnan@rlf.com |
| | metzler@rlf.com |
| Dated: August 18, 2023 | *Attorneys for Defendants* |